IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| CEATS, INC., | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § | No. 2:15-CV-01470-JRG-RSP |
| TICKETNETWORK, INC. and TICKET SOFTWARE, LLC, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this action to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is Judge Payne's recommendation to deny CEATS's Motion for Summary Judgment (Dkt. No. 35) and Defendants' Motion for Partial Summary Judgment (Dkt. No. 38). R. & R. (Dkt. No. 56). Neither party timely objected to the recommendation.

Having considered Judge Payne's recommendation, the Court **ADOPTS** the Report and Recommendation (Dkt. No. 56). The Court therefore **DENIES** CEATS's Motion for Summary Judgment (Dkt. No. 35) and **DENIES** Defendants' Motion for Partial Summary Judgment (Dkt. No. 38).

**So ORDERED and SIGNED this 22nd day of March, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE