# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CEATS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:15-CV-01470-JRG-RSP |
| | § | |
| TICKETNETWORK, INC. and | § | |
| TICKET SOFTWARE, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this action to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is Judge Payne's recommendation to deny Defendants' Motion for Summary Judgment (Dkt. No. 112), Defendants' objection to Judge Payne's recommendation, and CEATS's response. *See* R. & R. (Dkt. No. 232); Defs.' Obj. to the R. & R. (Dkt. No. 287); CEATS' Resp. to Defs.' Obj. (Dkt. No. 297).

Having considered Judge Payne's recommendation, Defendants' objection, and CEATS's response, the Court **ADOPTS** the Report and Recommendation (Dkt. No. 232) and therefore **DENIES** Defendants' Motion for Summary Judgment (Dkt. No. 112).

**So ORDERED and SIGNED this 22nd day of March, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE