# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CEATS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TICKETNETWORK, INC. and TICKET SOFTWARE LLC,<br><br>    Defendants. | CASE NO. 2:15-cv-1470-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to the Court's Order, Dkt. No. 448, Haltom & Doan, including its attorneys in this matter, Jennifer H. Doan, Joshua R. Thane, Jeffrey R. Roeser, Cole A. Riddell, and Kyle R. Akin (together "Haltom & Doan") respectfully request to withdraw as counsel of record for CEATS, Inc. in this cause of action.  All other listed counsel of record for CEATS, including George Hampton, will remain as counsel.  On March 29, 2021, Haltom & Doan and CEATS, Inc. terminated their attorney-client relationship.  The withdrawal of Haltom & Doan from this matter will not cause any delay or prejudice in this case.  Neither CEATS nor Defendants are opposed to the withdrawal of Haltom & Doan as counsel.

A proposed Order withdrawing all lawyers from Haltom & Doan including Jennifer H. Doan, Joshua R. Thane, Jeffrey R. Roeser, Cole A. Riddell, and Kyle R. Akin as counsel of record for CEATS, Inc. is attached, which removes them from the electronic service list and all other service lists in this action.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
Jeffrey R. Roeser
Texas Bar No. 24089377
Cole A. Riddell
Texas Bar No. 24105423
Kyle R. Akin
Texas Bar No. 24105422
HALTOM & DOAN
6500 Summerhill Rd., Suite 100
Texarkana, Texas 75503
Telephone (903) 255-1000
Facsimile (903) 255-0800
E-Mail: jdoan@haltomdoan.com
E-Mail: jthane@haltomdoan.com
E-Mail: rroeser@haltomdoan.com
E-Mail: criddell@haltomdoan.com
E-Mail: kakin@haltomdoan.com

**ON BEHALF OF HALTOM & DOAN**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 25th day of August, 2021.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), Jennifer Doan conferred with counsel for Defendants and with Plaintiff. Neither Plaintiff nor Defendants are opposed to the withdrawal of Haltom & Doan as counsel.

*/s/ Jennifer H. Doan*
Jennifer H. Doan
