## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| CEATS, INC., | § | **CASE NO. 2:15-CV-1470-JRG-RSP** |
| Plaintiff, | § § § | |
| vs. | § § | |
| TICKETNETWORK, INC., AND TICKET SOFTWARE, LLC, | § § § § | |
| Defendants. | § § § | |

## **NOTICE OF APPEAL**

Plaintiff CEATS, Inc. hereby gives notice that it is taking an appeal to the United States Court of Appeals for the Fifth Circuit from all aspects of this Court's Memorandum Opinion and Order entered on December 15, 2022 (Dkt No. 477) which, among other relief, awarded TicketNetwork, Inc. and Ticket Software, LLC attorneys' fees and costs to be recovered jointly and severally from CEATS, Mr. Milford Skane, Ms. Sonja McAuliffe, and Dr. Brian Billett.

Additionally, and to the extent that it is required for the Court of Appeals to exercise jurisdiction, CEATS also gives notice that it is taking an appeal to the United States Court of Appeals for the Fifth Circuit from all aspects of this Court's Memorandum Opinion and Order entered on August 24, 2021 (Dkt No. 448) which is the subject of CEATS' previous Notice of Appeal filed on September 21, 2021 (Dkt No. 461).

Dated this 13th day January, 2022		Respectfully submitted,


By:	/s/ *George L. Hampton IV*
George L. Hampton IV
State Bar No. 0793048
Timothy A. Burnett
CA State Bar No. 286516
HALL GRIFFIN LLP
8951 Cypress Waters Blvd., Suite 160
Dallas, TX 75019
Telephone: (714) 918-7000
Facsimile: (714) 918-6996
ghampton@hallgriffin.com
tburnett@hallgriffin.com

Attorneys for CEATS, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 13th day of January, 2022.

*/s/ George L. Hampton IV*

4866-1860-7881, v. 3