# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CEATS, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:15-CV-1470-JRG-RSP |
| § | |
| TICKETNETWORK, INC. and TICKET § | |
| SOFTWARE, LLC, § | |
| § | |
| *Defendants*. § | |

## ORDER

The Court issues this Order *sua sponte*. On November 7, 2025, the United States Court of Appeals for the Fifth Circuit issued a mandate (Dkt. No. 599) reversing in part, vacating in part, and remanding in part this Court's March 22, 2024 Order (Dkt. No. 556). In light of the same, it is hereby **ORDERED** that all relevant parties to the above-captioned case shall meet and confer and file a joint status report outlining their respective positions as to what further action should be undertaken by this Court. Such joint report shall describe, at a minimum, what matters of substance remain to be decided after the Court of Appeals' decision and what procedural steps should be undertaken and implemented in resolving those substantive issues.

The parties shall file their joint status report by or before December 12, 2025.

**So ORDERED and SIGNED this 20th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE